## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| EMPIRE MEDICAL TRAINING, INC., a Florida Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. _____ |
| EMPIRE MEDICAL TRAINING OF CA, LLC, a California Limited Liability Company, | ) ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

For its Complaint against Empire Medical Training of CA, LLC ("EMTCA"), the plaintiff, Empire Medical Training, Inc. ("Empire"), alleges as follows:

## PARTIES

1. Empire is a domestic, for profit corporation formed under Florida law in February 2002. Empire is in the business of providing ongoing medical education to medical professionals. Empire's principal place of business is located at 2601 E. Oakland Park Blvd., Suite 600, Fort Lauderdale, FL 33306.

2. Empire Medical Training of CA, LLC is a limited liability company formed under California law. EMTCA offers classes and workshops teaching, *inter alia*, basic life support, CPR, and advanced cardiovascular life support. On information and belief, EMTCA's principal place of business is located at 600 Nut Tree Rd., Vacaville, CA 95687.

## JURISDICTION AND VENUE

3. This is an action for infringement of a trademark registered with the United States Patent and Trademark Office. Therefore, this Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this judicial district because a substantial part of the events giving rise to the claims occurred in this district.

5. This Court has personal jurisdiction over EMTCA because EMTCA does business in this State through its website, and because EMTCA offers online courses to residents of the State of Florida.

## FACTUAL BACKGROUND

**A.    Empire's Business and the EMPIRE Marks.**

6. For over 25 years, Empire has been in the business of providing medical training to physicians and other healthcare professionals. Through Empire's efforts, it has become a global authority in the aesthetic, anti-aging, pain management, and medicine industries. Over 175,000+ physicians and healthcare professionals have graduated from Empire.

7. Empire's instructors are industry-renowned, board-certified physicians. More healthcare professionals attend Empire workshops than any other procedural training program in the United States.

8. On an annual basis, Empire offers over 700 workshops covering 45 topics. Empire's workshops are offered in person and online.

9. Empire offers workshops in numerous cities in California, including Costa Mesa/Orange County, Los Angeles, San Francisco, Riverside, and San Diego.

10. Empire operates a website located at www.empiremedicaltraining.com. Empire has maintained this website since approximately 2002. Empire's trademarks, including EMPIRE and

EMPIRE MEDICAL TRAINING, are displayed prominently on Empire's website. Empire's trademarks are also displayed prominently in Empire's advertising materials and on Empire's course materials.

11. Empire also maintains accounts on YouTube®, Instagram®, Facebook®, LinkedIn®, and Twitter®. Empire's social media platforms are very successful. For example, Empire has almost 40,000 subscribers on YouTube®, and over 33,000 followers on Instagram®.

12. Empire owns two federal trademark registrations for its EMPIRE MEDICAL TRAINING trademark, including the word mark and a design mark. Empire's word mark and design mark for EMPIRE MEDICAL TRAINING registered on the same day, April 11, 2017.

13. Empire's word mark was assigned registration number 5,181,564, and its design mark was assigned registration number 5,181,563. True and correct copies of Empire's registration certificates for its registered marks are attached hereto as Exhibit "A."

14. Both of Empire's marks are registered for use in connection with "medical training and teaching," and "workshops and seminars in the field of medical procedure training." *See* Ex. A.

15. Empire has properly maintained both of its federal registrations. Because Empire received its registrations more than five years ago, they have now reached incontestable status.

16. Empire spends significant time, money, and effort advertising and promoting its EMPIRE trademarks and the services associated therewith. Through Empire's efforts, Empire has earned an excellent reputation, and established tremendous goodwill in the Empire name. Customers have come to recognize the EMPIRE trademarks as a symbol of the trustworthiness of the services sold under the Empire name.

17. The EMPIRE marks are valuable assets of Empire.

B.  **EMTCA's Business and Infringement of Empire's Marks.**

18.  EMTCA formed under California law in May 2017. EMTCA provides, *inter alia*, basic life support, advanced life support, and CPR courses.

19.  EMTCA advertises its services via its website located at www.emtofca.com. EMTCA's interactive website allows any visitor to book in person classes with EMTCA. EMTCA also offers eLearning courses through its website. Empire is informed and believes that EMTCA's eLearning courses are available to residents across the United States, including Florida residents.

20.  When a visitor navigates to EMTCA's website, EMPIRE MEDICAL TRAINING OF CA appears prominently at the top of the web page. A true and correct screenshot of same is reproduced below:



21.  Further, EMPIRE MEDICAL TRAINING OF CA appears prominently in a Google search for "emt of california." A true and correct screenshot of same is reproduced below:



22.  EMTCA's use of EMPIRE MEDICAL TRAINING infringes upon Empire's trademark rights in the EMPIRE MEDICAL TRAINING mark, and is likely to cause mistake and confusion as to the source of EMTCA's services and/or its affiliation with Empire.

23. To wit, both Empire and EMTCA offer similar services (courses in the healthcare field) and EMPIRE MEDICAL TRAINING is identical to Empire's registered trademarks.

24. Via a letter dated October 1, 2021, Empire contacted EMTCA and notified EMTCA that it was infringing upon Empire's rights in and to the EMPIRE MEDICAL TRAINING mark. EMTCA did not respond to the letter, and took no action to remedy its infringement. Thus, EMTCA's continued use of the EMPIRE MEDICAL TRAINING mark is deliberate and willful, and in bad faith.

## COUNT ONE
### (Violation of 15 U.S.C. § 1114)

25. Empire has been using EMPIRE MEDICAL TRAINING in commerce in connection with training and teaching in the medical field since 2002. The EMPIRE MEDICAL TRAINING mark is valid, distinctive, and protectable as a trademark.

26. Empire is the owner of the EMPIRE MEDICAL TRAINING mark, and owns two federal trademark registrations for EMPIRE MEDICAL TRAINING for use in connection with "medical training and teaching," and "workshops and seminars in the field of medical procedure training." *See* Ex. A.

27. Empire's federal trademark registrations are valid, properly maintained, and have reached incontestable status.

28. EMTCA is using EMPIRE MEDICAL TRAINING in commerce in connection with training and teaching in the medical field.

29. EMCTA's use of EMPIRE MEDICAL TRAINING is without authorization, consent, or license from Empire.

30. EMTCA's use of Empire's registered trademark is likely to cause confusion or mistake among consumers, or to deceive consumers, into believing there is an association between EMTCA and Empire when there is none.

31. EMTCA is exploiting the goodwill and good reputation of Empire with its prominent use of EMPIRE MEDICAL TRAINING in a manner that is strikingly similar to or indistinguishable from Empire's use of the phrase. Further, EMTCA and Empire's services are related.

32. Since at least October 2021, EMTCA's use has been deliberate and willful, and in bad faith, because Empire put EMTCA on notice of its infringement at that time.

33. EMTCA's conduct constitutes trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

34. Empire has been harmed by EMTCA's infringement, and will continue to be harmed as long as the infringement continues. EMTCA's infringement has caused, and is causing, immediate and irreparable harm to Empire. To wit, Empire has suffered, and will continue to suffer, from damage to its goodwill and harm to its reputation.

35. Empire has no adequate remedy at law for the harm it is suffering, and the full extent of its harm is incapable of being calculated in money damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Empire respectfully prays for the following relief:

A. A judgment in Empire's favor on its claim of trademark infringement;

B. An award of Empire's actual damages;

C. An award of EMTCA's profits;

D. Treble damages;

  E. Preliminary and permanent injunctive relief prohibiting EMTCA's use of EMPIRE or EMPIRE MEDICAL TRAINING, or any word or phrase confusingly similar thereto, as well as forfeiture and/or destruction of any and all materials displaying the EMPIRE or EMPIRE MEDICAL TRAINING marks;

  F. Reasonable attorneys' fees and costs;

  G. All interest allowable by law; and,

  H. All such other, further, and different relief that the Court deems just and equitable.

<b><u>EMPIRE DEMANDS TRIAL BY STRUCK JURY.</u></b>

Respectfully Submitted,

*s/ Ellen T. Mathews*
Jeffrey Kamenetsky (Fla. Bar No. 114571)
Burr & Forman, LLP
350 E Las Olas Blvd
#1404
Fort Lauderdale, FL 33301
jkamenetsky@burr.com
(954) 414-6208

Ellen T. Mathews (Fla. Bar No. 122217)
Burr & Forman, LLP
420 20th St N
Suite 3400
Birmingham, AL 35203
emathews@burr.com
(205) 458-5410